```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
LAWRENCE YOUNG, on behalf of himself and                           :
all others similarly situated,                                     :
                                                                   :        1:21-cv-05034-GHW
                                               Plaintiff,          :
                                                                   :              ORDER
                     -against-                                     :
                                                                   :
SALEM UNIVERSITY, LLC.,                                            :
                                                                   :
                                               Defendant.          :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/2021

GREGORY H. WOODS, United States District Judge:

    The Parties' joint motion to stay all deadlines in this case for 45 days, Dkt. No. 15, is granted in part and denied in part. While the Court will not formally stay all deadlines, it will extend the currently scheduled deadlines for 45 days. Thus, the deadline for Defendant to answer or otherwise respond to the Complaint is extended from no later than August 30, 2021 to no later than October 14, 2021. In addition, the Initial Pretrial Conference currently scheduled for September 29, 2021 at 4:00 p.m. is adjourned to November 12, 2021 at 4:00 p.m. The joint status letter and proposed case management plan described in the Court's June 9, 2021 order, Dkt. No. 6, are due no later than November 5, 2021.

    SO ORDERED.

Dated: August 27, 2021
New York, New York

                                                             GREGORY H. WOODS
                                                     United States District Judge