USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__9/24/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LAWRENCE YOUNG, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

           Plaintiffs,

             v.

SALEM UNIVERSITY, LLC,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:21-cv-5034

**NOTICE OF VOLUNTARY
DISMISSAL**

Plaintiff(s), LAWRENCE YOUNG, in accordance with Rule 41(a)(1)(A)(i) of the

Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant,

SALEM UNIVERSITY, LLC, with prejudice and without fees and costs.

Dated: New York, New York
       September 23, 2021

                              **GOTTLIEB & ASSOCIATES**

                              */s/Michael A. LaBollita, Esq.*

                        Michael A. LaBollita, Esq., (ML-9985)
                           150 East 18th Street, Suite PHR
                               New York, NY 10003
                               Phone: (212) 228-9795
                               Fax: (212) 982-6284
                               Michael@Gottlieb.legal

                               *Attorneys for Plaintiffs*

Plaintiff has voluntarily dismissed this case under F.R.C.P. 41(a)(1)(A)(i).  The Clerk of Court is
directed to close this case.

SO ORDERED.

Dated: September 23, 2021
New York, New York

                        _____
                        GREGORY H. WOODS
                      United States District Judge